# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

MARK E. ROBINSON,

    *Plaintiff,*

 v.

DISTRICT OF COLUMBIA,

    *Defendant.*

        1:15-cv-0444

## NOTICE OF REMOVAL

   The District of Columbia presents this Notice of Removal from the Superior Court of the District of Columbia, Civil Division.  As grounds for removal, the District states as follows:

   1.  On January 30, 2015, plaintiff Mark Robinson filed an action against the District in the Civil Division of the Superior Court of the District of Columbia.  *See* Compl., Civil Action No. 2015 CA 000726 B (Ex. 1).  The plaintiff alleges one count of race discrimination under Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000 *et. seq.* ("Title VII"); one count of retaliation under Title VII; one count of race discrimination under 42 U.S.C. § 1981(a); one count of retaliation under 42 U.S.C. § 1981(a); and, additional counts of race discrimination and retaliation under the District of Columbia Human Rights Act, D.C. Code §§ 2-1401.01–2-1411.06 ("D.C. Human Rights Act"), all allegedly arising from his employment with the District of Columbia Metropolitan Police Department.

   2.  The plaintiff served the District on February 27, 2015.  A copy of all process, pleadings, and orders served on the defendants is contained in Exhibit 1.

   3.  In his complaint, the plaintiff asserts claims under Title VII and 42 U.S.C. § 1981. *See* Compl. ¶¶ 19-31.

4.      Because these claims arise under the laws of the United States, this Court has original jurisdiction over them, pursuant to 28 U.S.C. § 1331.

5.      Under 28 U.S.C § 1441(a), the District may remove the plaintiff's case to this Court.

6.      Two of the plaintiff's claims are brought under the D.C. Human Rights Act.  *See* Compl. ¶¶ 32-33.  Under 28 U.S.C. § 1367(a), the Court has supplemental jurisdiction over these claims because they form part of the same case as the plaintiff's federal claims.

7.      This removal complies with the procedural requirements of 28 U.S.C. § 1446 as follows:

a.   This Notice of Removal is filed within thirty days after service of summons upon the District, and the time for filing this Notice of Removal has not expired.

b.   Copies of all process, pleadings, and orders served upon the District in this matter, as well as any other papers filed in the Superior Court of the District of Columbia, are attached hereto as Exhibit 1.

c.   Because the District is the only defendant in this action, the consent of other defendants is not required.

d.   Promptly after filing this Notice of Removal, the District will provide written notice of the removal of civil action number 2015 CA 000726 B to the plaintiff and will file a copy of the Notice of Removal with the Clerk of Court for the Superior Court of the District of Columbia.

WHEREFORE, the District removes civil action number 2015 CA 000726 B to this Court from the Superior Court of the District of Columbia.

March 26, 2015                    Respectfully submitted,

                                 KARL A. RACINE
                                 Attorney General for the District of Columbia

                                 GEORGE C. VALENTINE
                                 Deputy Attorney General, Civil Litigation Division

                                 */s/ Jonathan H. Pittman*
                                 JONATHAN H. PITTMAN [430388]
                                 Chief, Civil Litigation Division Section III
                                 441 Fourth Street, N.W., Suite 630 South
                                 Washington, D.C. 20001
                                 (202) 724-6602
                                 (202) 741-8926 (fax)
                                 jonathan.pittman@dc.gov

                                 */s/ Ali Naini*
                                 ALI NAINI [998331]
                                 Assistant Attorney General
                                 441 Fourth Street, N.W., Suite 630 South
                                 Washington, D.C. 20001
                                 (202) 727-9624
                                 (202) 730-1441 (fax)
                                 ali.naini@dc.gov

                                 Attorneys for the District of Columbia

## Certificate of Service

I certify that on March 26, 2015, I served the foregoing Notice of Removal and all attachments via email upon:

Kenneth E. McPherson
6801 Kenilworth Avenue, Suite 202
Riverdale, Maryland 20737

Attorney for Plaintiff

*/s/ Ali Naini*
ALI NAINI